UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| GREGORY GARVEY, SR., et al.,<br>    Plaintiffs | ) ) ) ) ) | |
| v. | ) | Civil Action No. 07-30049-KPN |
| | ) ) ) ) | |
| FREDERICK MacDONALD, et al.,<br>    Defendants | ) ) | |

ORDER
February 8, 2011

NEIMAN, M.J.

  Following hearing on January 14, 2011, the court entered an electronic order approving the parties' Joint Motion for Final Approval of Class Action Settlement (Document No. 61). In accord with that order, the above-referenced case may now be closed.

  IT IS SO ORDERED.

                     KENNETH P. NEIMAN
                     Kenneth P. Neiman
                     U.S. Magistrate Judge